**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ROCIO BERENICE RIZO BALTAZAR #A218-029-640** | **CASE NO. 3:26-CV-01963 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN** | **MAGISTRATE JUDGE AYO** |

## JUDGMENT

Having considered the Report and Recommendation of the Magistrate Judge, together with the objection filed by Petitioner, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Rocio Baltazar's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE.**

ALEXANDRIA, LOUISIANA, this 6th day of November, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE